Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Danielle R. Pena, Esq., SBN 286002
dpena@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

James S. Terrell, Esq. SBN 170409
jim@talktoterrell.com
115411 Anacapa Road
Victorville, CA 92392
Telephone: (760) 561-2699
Facsimile: (760) 952-1085

Sharon J. Brunner, Esq. SBN 229931
Sharon.j.brunner@gmail.com
Law Office of Sharon J. Brunner
14393 Park Avenue, Suite 101
Victorville, CA 92392
Telephone: (760) 243-9997
Facsimile: (760) 843-8155

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY BELDEN, an Individual, and ROBIN OLDS, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF SAN BERNARDINO; DEPUTY HERRERA; and DOE DEPUTIES AND NURSES 1-20, inclusive,<br><br>Defendants. | Case No. 5:19-CV-00900-RGK-KK<br><br>**ORDER ON STIPULATION TO STIPULATION TO DISMISS DEFENDANTS DEPUTY HERRERA, NURSE BARBARA GINN, AND P.A. BRIAN JARMAN**<br><br>Dept:    850<br>Judge:   Hon. R. Gary Klausner<br><br>***Note Changes Made By Court** |

The Stipulation to Dismiss Defendants Deputy Herrera, Nurse Barbara Ginn, and P.A. Brian Jarman has been submitted by the parties. For good cause showing:

IT IS HEREBY ORDERED that the Stipulation to Dismiss Defendants Deputy Herrera, Nurse Barbara Ginn, and P.A. Jarman is granted. Defendants Herrera, Ginn, and Jarmen are dismissed with prejudice from the action in its entirety, with each party bearing their own costs and attorney's fees.

Dated: August 31, 2020

_____

Hon. R. Gary Klausner