Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Danielle R. Pena, Esq., SBN 286002
dpena@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

James S. Terrell, Esq. SBN 170409
jim@talktoterrell.com
115411 Anacapa Road
Victorville, CA 92392
Telephone: (760) 561-2699
Facsimile: (760) 952-1085

Sharon J. Brunner, Esq. SBN 229931
Sharon.j.brunner@gmail.com
Law Office of Sharon J. Brunner
14393 Park Avenue, Suite 101
Victorville, CA 92392
Telephone: (760) 243-9997
Facsimile: (760) 843-8155

Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY BELDEN, an Individual, and ROBIN OLDS, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF SAN BERNARDINO; DEPUTY HERRERA; and DOE DEPUTIES AND NURSES 1-20, inclusive,<br><br>Defendants. | Case No. 5:19-CV-00900-RGK-KK<br><br>**ORDER ON DISMISSAL** |

1

ORDER ON STIPULATION FOR DISMISSAL    5:19-CV-00900-RGK-KK

## **ORDER**

Good cause appearing, this action is dismissed with prejudice. This Court will retain jurisdiction to enforce the terms of the settlement agreement.

All parties are to bear their own costs and attorney's fees arising out of this matter.

Dated: June 3, 2021        _____
                                                Hon. R. Gary Klausner